450 A.2d 1037

Commonwealth v. Knight, Appellant.

Petition for Allowance of Appeal
Denied March 3, 1983.

Argued January 19, 1982. John Patrick Williamson, for appellant; Garold Edward Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.